**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 02-1068**

-------

DIANA M. CAMPITELLI; JOHN ANDREW NOONAN,

                              Plaintiffs - Appellants,

    versus

EDWARD CAMPITELLI; PATRICK CAVANAUGH,

                              Defendants - Appellees,

    and

REBECCA GILLIAM, Private Process Server for
defendant Patrick Cavanaugh,

                              Defendant.

-------

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
3738-L)

-------

Submitted: May 16, 2002           Decided: May 22, 2002

-------

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

-------

Dismissed by unpublished per curiam opinion.

-------

Diana M. Campitelli, John Andrew Noonan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing this civil action for failure to state a federal cause of action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed on appeal in forma pauperis and dismiss on the reasoning of the district court. See <u>Campitelli v. Campitelli</u>, No. CA-01-3738-L (D. Md. Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>